IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMART AUDIO TECHNOLOGIES, LLC,<br><br>                   Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>                   Defendant. | C.A. No. 12-134-GMS<br><br>**JURY TRIAL DEMANDED** |

**APPLE INC.'S MOTION TO TRANSFER VENUE
TO THE NORTHERN DISTRICT OF CALIFORNIA**

Defendant Apple Inc. ("Apple") hereby moves to transfer venue in this case to the Northern District of California. Support for Apple's motion is set forth in the co-filed Apple Inc.'s Opening Brief in Support of its Motion to Transfer Venue to the Northern District of California.

Dated: April 18, 2012

FISH & RICHARDSON P.C.

By: */s/ Susan M. Coletti*
    William J. Marsden, Jr. (No. 2247)
    Susan M. Coletti (No. 4690)
    222 Delaware Avenue, 17th Floor
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Email: marsden@fr.com, coletti@fr.com
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607

    Ruffin B. Cordell
    1425 K Street, NW
    11th Floor
    Washington, DC 20005
    Telephone: 202-783-5070
    Facsimile: 202-783-2331

Benjamin C. Elacqua
Michael R. Rueckheim
1 Houston Center
1221 McKinney Street
Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

*Attorneys for Defendant Apple Inc.*

## APPLE INC.'S D. DEL. LOCAL RULE 7.1.1 STATEMENT

The undersigned counsel for Defendant Apple Inc. hereby certifies, pursuant to D. Del. Local Rule 7.1.1, that good-faith efforts were made to resolve the issues raised in the foregoing Motion with opposing counsel, but that counsel have not been able to reach an agreement as of the time of this filing.

*/s/ Susan M. Coletti*
Susan M. Coletti (No. 4690)