IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMART AUDIO TECHNOLOGIES, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>      Defendant. | C.A. No. 12-134-GMS<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF SUSAN M. COLETTI
IN SUPPORT OF APPLE INC.'S MOTION
<u>TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA</u>**

I, Susan M. Coletti, declare as follows:

1. I am an attorney licensed to practice law in the State of Delaware and I am admitted in the District of Delaware. I am an attorney at the law firm of Fish & Richardson P.C., counsel for Defendant Apple Inc. ("Apple") in this case and one of the attorneys responsible for working on this case. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of the public profile of Fiona Chaney from the LinkedIn website.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 6,185,163 ("the '163 Patent").

4. Attached hereto as Exhibit 3 are true and correct copies of the profiles of four of the named inventors of the '163 Patent from the LinkedIn website: Brian Bickford, Amahl Brown, Gary Goodwin and Ron Szabo.

5. Attached hereto as Exhibit 4 is a true and correct copy of the patent attorney registration information of Jimmy L. Funke from the USPTO website.

1

6. Attached hereto as Exhibit 5 are true and correct copies of the Judicial Caseload Profiles on Delaware and the Northern District of California from the Administrative Office of the United States Court's website.

7. Attached hereto as Exhibit 6 is a true and correct copy of the '163 Patent Assignment from Delphi Technologies, Inc. to Smart Audio Technologies, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, Delaware, this 18th day of April, 2012.

*/s/ Susan M. Coletti*
Susan M. Coletti (No. 4690)