# Exhibit 4



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Boards & Counsel  >  OED  >  Patent Attorney/Agent Search  >  Search Results  >  Detailed Information

| | |
|---|---|
| Last Name | Funke |
| First Name | Jimmy |
| Middle Name | L |
| Suffix | |
| Firm Name | Delphi Corporation |
| Address | 5725 Delphi Drive M/C 483-400-402 |
| City | Troy |
| State/Province | MI |
| Postal Code | 48098 |
| Country | US |
| Primary Telephone | (248) -81-3-12 14 |
| Registration Number | 34166 |
| Attorney/Agent | ATTORNEY |
| Date Registered as Attorney | 09/04/1990 |

**Data extracted on Thu Apr 12 12:47:04 EDT 2012**

|.HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY POLICY

Last Modified: 04/12/2012 EST