# Exhibit 5

**U.S. District Court -- Judicial Caseload Profile**

## DELAWARE

| | | | 12-Month Periods Ending September 30 | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings* | | 1,077 | 1,065 | 1,206 | 1,264 | 1,287 | 1,433 | | |
| | Terminations | | 1,419 | 975 | 1,222 | 1,243 | 1,143 | 1,224 | | |
| | Pending | | 1,501 | 1,511 | 1,482 | 1,501 | 1,638 | 1,841 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | | | | | 11.3 | Over Last Year | 13 | 2 |
| | | | 33.1 | 34.6 | 18.8 | 13.4 | Over Earlier Years | | 11 | 2 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | | 0.0 | 9.5 | 12.0 | 12.0 | 12.1 | 12.0 | | |
| **Actions per Judgeship** | Filings | Total | 270 | 267 | 302 | 317 | 322 | 359 | 69 | 4 |
| | | Civil | 233 | 218 | 246 | 281 | 289 | 325 | 45 | 4 |
| | | Criminal Felony | 30 | 38 | 47 | 27 | 26 | 26 | 90 | 6 |
| | | Supervised Release Hearings | 7 | 11 | 9 | 9 | 7 | 8 | 85 | 5 |
| | Pending Cases | | 375 | 378 | 371 | 375 | 410 | 460 | 32 | 4 |
| | Weighted Filings** | | 367 | 379 | 443 | 478 | 550 | 696 | 6 | 1 |
| | Terminations | | 355 | 244 | 306 | 311 | 286 | 306 | 78 | 4 |
| | Trials Completed | | 15 | 21 | 26 | 29 | 22 | 20 | 54 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.3 | 8.5 | 8.6 | 9.1 | 9.2 | 8.1 | 36 | 1 |
| | | Civil** | 16.8 | 12.5 | 11.2 | 8.3 | 9.8 | 9.0 | 52 | 5 |
| | From Filing to Trial (Civil Only)** | | 26.0 | 27.0 | 25.0 | 34.0 | 25.2 | 28.1 | 50 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old | | 142 | 108 | 175 | 229 | 223 | 227 | 81 | 4 |
| | | | 10.6 | 8.2 | 13.8 | 17.2 | 14.9 | 13.3 | | |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.1 | 1.1 | 1.1 | 1.2 | 1.2 | | |
| | Jurors | Average Present for Jury Selection | 39.6 | 41.6 | 46.0 | 44.6 | 61.7 | 42.9 | | |
| | | Percent Not Selected or Challenged | 24.1 | 31.7 | 28.8 | 27.0 | 41.4 | 32.9 | | |

**For National Profile and Nature of Suit and Nature of Offense Classifications Shown Below**
**Open the Fold-Out Page at the Back Cover**

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,298 | 45 | 20 | 273 | 3 | 9 | 36 | 101 | 50 | 397 | 143 | 13 | 208 |
| Criminal* | 103 | 1 | 15 | 8 | 25 | 15 | - | 12 | 5 | 12 | 1 | 6 | 3 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

**U.S. District Court -- Judicial Caseload Profile**

### CALIFORNIA NORTHERN

| | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings* | 8,683 | 7,970 | 7,295 | 7,576 | 7,424 | 7,733 | | |
| | | Terminations | 6,983 | 6,777 | 7,402 | 7,403 | 8,640 | 8,290 | | |
| | | Pending | 8,157 | 9,005 | 8,882 | 8,579 | 7,327 | 6,645 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | | | | 4.2 | Over Last Year | 37 | 9 |
| | | | -11.0 | -3.0 | 6.0 | 2.1 | Over Earlier Years | | 81 | 13 |
| | | Number of Judgeships | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | | Vacant Judgeship Months** | 0.0 | 0.0 | 5.9 | 22.0 | 33.9 | 18.7 | | |
| **Actions per Judgeship** | Filings | Total | 620 | 569 | 521 | 541 | 530 | 553 | 25 | 7 |
| | | Civil | 558 | 505 | 441 | 433 | 435 | 471 | 17 | 3 |
| | | Criminal Felony | 37 | 33 | 42 | 64 | 52 | 49 | 70 | 12 |
| | | Supervised Release Hearings | 25 | 31 | 38 | 44 | 43 | 33 | 30 | 10 |
| | Pending Cases | | 583 | 643 | 634 | 613 | 523 | 475 | 29 | 6 |
| | Weighted Filings** | | 621 | 624 | 592 | 607 | 593 | 631 | 16 | 5 |
| | Terminations | | 499 | 484 | 529 | 529 | 617 | 592 | 16 | 5 |
| | Trials Completed | | 8 | 8 | 6 | 6 | 12 | 17 | 64 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.2 | 12.4 | 11.2 | 6.9 | 8.7 | 9.5 | 52 | 10 |
| | | Civil** | 7.4 | 6.7 | 7.7 | 9.4 | 9.8 | 8.0 | 28 | 5 |
| | From Filing to Trial (Civil Only)** | | 25.0 | 24.9 | 30.0 | 24.5 | 21.5 | 34.3 | 70 | 8 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old | | 528 | 393 | 488 | 1,220 | 837 | 516 | 70 | 10 |
| | | | 7.3 | 4.7 | 6.0 | 15.7 | 12.8 | 8.8 | | |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.2 | 1.3 | 1.2 | 1.2 | 1.4 | | |
| | Jurors | Average Present for Jury Selection | 59.1 | 53.8 | 64.1 | 77.5 | 62.1 | 64.5 | | |
| | | Percent Not Selected or Challenged | 43.2 | 41.9 | 42.1 | 48.5 | 39.4 | 35.5 | | |

Numerical Standing Within: U.S. / Circuit (12-Month Periods Ending September 30)

**For National Profile and Nature of Suit and Nature of Offense Classifications Shown Below Open the Fold-Out Page at the Back Cover**

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6,591 | 131 | 186 | 1,537 | 34 | 499 | 575 | 672 | 310 | 561 | 857 | 68 | 1,161 |
| Criminal* | 679 | 7 | 116 | 249 | 92 | 113 | 12 | 22 | 10 | 9 | 16 | 17 | 16 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."