# Exhibit 10

| | Court | Docket Number | Description | Participant |
|---|---|---|---|---|
| 2 | U.S. District - Delaware | 1:11cv318 | Walker Digital Llc V. Myspace Inc Et Al | Walker  Digital Asset Management LP |
| 3 | U.S. District - Delaware | 1:10cv1113 | Walker Digital Llc Et Al V. Multi-State Lottery Association | Walker  Digital Llc |
| 4 | U.S. District - Delaware | 1:11cv649 | Walker Digital Llc V. 2k Games Inc Et Al | Walker  Digital Llc |
| 5 | U.S. District - Delaware | 1:11cv4 | Walker Digital Llc V. Activision Inc Et Al | Walker  Digital Llc |
| 6 | U.S. District - Delaware | 1:11cv310 | Walker Digital Llc V. Adt Security Services Inc, Et Al | Walker  Digital Llc |
| 7 | U.S. District - Delaware | 1:11cv335 | Walker Digital Llc V. Alston Tascom Inc Et Al | Walker  Digital Llc |
| 8 | U.S. District - Delaware | 1:11cv990 | Walker Digital Llc V. Amazon.Com Inc | Walker  Digital Llc |
| 9 | U.S. District - Delaware | 1:11cv362 | Walker Digital Llc V. Amazon.Com Inc | Walker  Digital Llc |
| 10 | U.S. District - Delaware | 1:12cv140 | Walker Digital Llc V. Amazon.Com Inc | Walker  Digital Llc |
| 11 | U.S. District - Delaware | 1:11cv315 | Walker Digital Llc V. Amazon.Com Inc Et Al | Walker  Digital Llc |
| 12 | U.S. District - Delaware | 1:11cv320 | Walker Digital Llc V. American Airlines, Inc Et Al | Walker  Digital Llc |
| 13 | U.S. District - Delaware | 1:11cv363 | Walker Digital Llc V. Apple Inc Et Al | Walker  Digital Llc |
| 14 | U.S. District - Delaware | 1:11cv322 | Walker Digital Llc V. Atari Inc Et Al | Walker  Digital Llc |
| 15 | U.S. District - Delaware | 1:11cv316 | Walker Digital Llc V. Avaya Inc Et Al | Walker  Digital Llc |
| 16 | U.S. District - Delaware | 1:11cv558 | Walker Digital Llc V. Axis Communications Ab Et Al | Walker  Digital Llc |
| 17 | U.S. District - Delaware | 1:11cv321 | Walker Digital Llc V. Ayre Acoustics Inc Et Al | Walker  Digital Llc |
| 18 | U.S. District - Delaware | 1:12cv141 | Walker Digital Llc V. Barnes & Noble Inc | Walker  Digital Llc |
| 19 | U.S. District - Delaware | 1:11cv317 | Walker Digital Llc V. Buywithme Inc Et Al | Walker  Digital Llc |
| 20 | U.S. District - Delaware | 1:11cv326 | Walker Digital Llc V. Canon Usa Inc Et Al | Walker  Digital Llc |
| 21 | U.S. District - Delaware | 1:11cv368 | Walker Digital Llc V. Capcom Entertainment Inc Et Al | Walker  Digital Llc |
| 22 | U.S. District - Delaware | 1:11cv314 | Walker Digital Llc V. Citigroup Inc Et Al | Walker  Digital Llc |
| 23 | U.S. District - Delaware | 1:11cv340 | Walker Digital Llc V. Criterion Capital Partners Llc Et Al | Walker  Digital Llc |
| 24 | U.S. District - Delaware | 1:11cv423 | Walker Digital Llc V. Cryptic Studios Inc Et Al | Walker  Digital Llc |
| 25 | U.S. District - Delaware | 1:11cv319 | Walker Digital Llc V. E2interactive Inc Et Al | Walker  Digital Llc |
| 26 | U.S. District - Delaware | 1:12cv142 | Walker Digital Llc V. Expedia Inc | Walker  Digital Llc |
| 27 | U.S. District - Delaware | 1:11cv435 | Walker Digital Llc V. Facebook Inc | Walker  Digital Llc |
| 28 | U.S. District - Delaware | 1:10cv1026 | Walker Digital Llc V. Facebook Inc | Walker  Digital Llc |
| 29 | U.S. District - Delaware | 1:11cv434 | Walker Digital Llc V. Facebook Inc Et Al | Walker  Digital Llc |
| 30 | U.S. District - Delaware | 1:11cv313 | Walker Digital Llc V. Fandango Inc Et Al | Walker  Digital Llc |
| 31 | U.S. District - Delaware | 1:11cv989 | Walker Digital Llc V. Google Inc | Walker  Digital Llc |
| 32 | U.S. District - Delaware | 1:11cv361 | Walker Digital Llc V. Google Inc | Walker  Digital Llc |
| 33 | U.S. District - Delaware | 1:11cv311 | Walker Digital Llc V. Google Inc Et Al | Walker  Digital Llc |
| 34 | U.S. District - Delaware | 1:11cv369 | Walker Digital Llc V. Google Inc Et Al | Walker  Digital Llc |

| 35 | U.S. District - Delaware | 1:11cv309 | Walker Digital Llc V. Google Inc Et Al | Walker  Digital Llc |
| 36 | U.S. District - Delaware | 1:11cv312 | Walker Digital Llc V. Mastercard International Incorporated | Walker  Digital Llc |
| 37 | U.S. District - Delaware | 1:11cv696 | Walker Digital Llc V. Microsoft Corp Et Al | Walker  Digital Llc |
| 38 | U.S. District - Delaware | 1:11cv991 | Walker Digital Llc V. Microsoft Corporation | Walker  Digital Llc |
| 39 | U.S. District - Delaware | 1:11cv308 | Walker Digital Llc V. Renaissance Learning Inc | Walker  Digital Llc |
| 40 | U.S. District - Delaware | 1:11cv993 | Walker Digital Llc V. Vibrant Media Inc | Walker  Digital Llc |
| 41 | U.S. District - Delaware | 1:11cv544 | Walker Digital Llc V. Walt Disney Company | Walker  Digital Llc |
| 42 | U.S. District - Delaware | 1:11cv992 | Walker Digital Llc V. Yahoo! Inc | Walker  Digital Llc |
| 43 | U.S. District - Virginia Eastern | 1:10cv212 | Walker Digital, Llc V. Capital One Services, Llc Et Al | Walker  Digital Llc |
| 44 | U.S. District - California Central | 2:09cv8290 | Walker Digital, LLC v. Capital One Services, LLC et al | Walker  Digital Llc |
| 45 | U.S. District - California Central | 2:09cv7514 | Walker Digital, Llc V. Microsoft Corporation Et Al | Walker  Digital Llc |
| 46 | U.S. District - Indiana Southern | 1:10cv1180 | Walker Digital, LLC v. Multi-State Lottery Association | Walker  Digital Llc |
| 47 | U.S. District - Wisconsin Western | 3:07cv481 | Taurus Ip, Llc V. Ford Motor Company | Acclaim  Financial Group Llc Third Party |
| 48 | U.S. District - Texas Eastern | 2:09cv147 | Api Technologies, Llc V. Facebook, Inc Et Al | Api  Technologies Llc |
| 49 | U.S. District - Texas Eastern | 6:08cv243 | Clear With Computers, Llc V. Apple, Inc, Et Al | Clear  With  Computers Llc |
| 50 | U.S. District - Texas Eastern | 6:09cv95 | Clear With Computers, LLC v. Bassett Furniture Industries, Inc Et A | Clear  With  Computers Llc |
| 51 | U.S. District - Texas Eastern | 6:08cv188 | Clear With Computers, LLC v. Belkin International, Inc et al | Clear  With  Computers Llc |
| 52 | U.S. District - Texas Eastern | 6:09cv481 | Clear With Computers, Llc V. Bergdorf Goodman, Inc Et Al | Clear  With  Computers Llc |
| 53 | U.S. District - Texas Eastern | 6:09cv139 | Clear With Computers, Llc V. Hyundai Construction Equipment Usa Inc Et A | Clear  With  Computers Llc |
| 54 | U.S. District - Texas Eastern | 6:12cv77 | Clear With Computers, Llc V. Hyundai Motor America, Inc | Clear  With  Computers Llc |
| 55 | U.S. District - Texas Eastern | 6:09cv479 | Clear With Computers, Llc V. Hyundai Motor America, Inc | Clear  With  Computers Llc |
| 56 | U.S. District - Texas Eastern | 6:09cv478 | Clear With Computers, Llc V. Hyundai Motor America, Inc | Clear  With  Computers Llc |
| 57 | U.S. District - Texas Eastern | 6:08cv302 | Hyundai Motor America V. Clear With Computers, Llc | Clear  With  Computers Llc |
| 58 | U.S. District - Delaware | 1:12cv107 | Cyberfone Systems Llc V. Atlantic Broadband Finance, Llc | Cyberfone  Systems Llc |
| 59 | U.S. District - Delaware | 1:11cv828 | Cyberfone Systems Llc V. Atlantic Broadband Finance, Llc Et Al | Cyberfone  Systems Llc |
| 60 | U.S. District - Delaware | 1:12cv110 | Cyberfone Systems Llc V. Bright House Networks Llc | Cyberfone  Systems Llc |
| 61 | U.S. District - Delaware | 1:12cv112 | Cyberfone Systems Llc V. Cable One Inc | Cyberfone  Systems Llc |
| 62 | U.S. District - Delaware | 1:12cv109 | Cyberfone Systems Llc V. Cequel Communications Llc | Cyberfone  Systems Llc |
| 63 | U.S. District - Delaware | 1:12cv113 | Cyberfone Systems Llc V. Charter Communications Holding Company Llc Et Al | Cyberfone  Systems Llc |
| 64 | U.S. District - Delaware | 1:12cv111 | Cyberfone Systems Llc V. Comcast Cable Communications Llc | Cyberfone  Systems Llc |
| 65 | U.S. District - Delaware | 1:12cv115 | Cyberfone Systems Llc V. Cox Communications Inc | Cyberfone  Systems Llc |
| 66 | U.S. District - Delaware | 1:12cv114 | Cyberfone Systems Llc V. Csc Holdings Llc | Cyberfone  Systems Llc |
| 67 | U.S. District - Delaware | 1:12cv117 | Cyberfone Systems Llc V. Insight Communications Company, Inc | Cyberfone  Systems Llc |
| 68 | U.S. District - Delaware | 1:12cv116 | Cyberfone Systems Llc V. Knology Inc | Cyberfone  Systems Llc |

| | | | | |
|---|---|---|---|---|
| 69 | U.S. District - Delaware | 1:12cv119 | Cyberfone Systems Llc V. Mediacom Broadband Llc | Cyberfone  Systems Llc |
| 70 | U.S. District - Delaware | 1:12cv118 | Cyberfone Systems Llc V. Rcn Telecom Services Llc | Cyberfone  Systems Llc |
| 71 | U.S. District - Delaware | 1:12cv120 | Cyberfone Systems Llc V. Time Warner Cable Inc | Cyberfone  Systems Llc |
| 72 | U.S. District - Delaware | 1:11cv834 | Cyberfone Systems Llc V. Federal Express Corporation Et Al | Cyberfone  Systems Llc Formerly Known as Lvl Patent |
| 73 | U.S. District - Delaware | 1:11cv831 | Cyberfone Systems Llc V. Amazon.Com Inc Et Al | Cyberfone  Systems Llc Formerly Known as Lvl Patent |
| 74 | U.S. District - Delaware | 1:11cv830 | Cyberfone Systems Llc V. Avaya Inc Et Al | Cyberfone  Systems Llc Formerly Known as Lvl Patent |
| 75 | U.S. District - Delaware | 1:11cv827 | Cyberfone Systems Llc V. Cellco Partnership Et Al | Cyberfone  Systems Llc Formerly Known as Lvl Patent |
| 76 | U.S. District - Delaware | 1:11cv829 | Cyberfone Systems Llc V. Cnn Interactive Group Inc Et Al | Cyberfone  Systems Llc Formerly Known as Lvl Patent |
| 77 | U.S. District - Delaware | 1:11cv835 | Cyberfone Systems Llc V. Echostar Technologies Llc Et Al | Cyberfone  Systems Llc Formerly Known as Lvl Patent |
| 78 | U.S. District - Delaware | 1:11cv833 | Cyberfone Systems Llc V. Sony Electronics Inc Et Al | Cyberfone  Systems Llc Formerly Known as Lvl Patent |
| 79 | U.S. District - Texas Eastern | 2:10cv32 | Ems Technologies, Llc V. General Electric Company Et Al | Ems  Technologies Llc |
| 80 | U.S. District - Texas Eastern | 4:07cv521 | Gemini IP LLC v. Citrix Systems Inc et al | Gemini IP Llc |
| 81 | U.S. District - Texas Eastern | 4:11cv36 | Gemini Ip, Llc V. Computer Sciences Corporation Et Al | Gemini IP Llc |
| 82 | U.S. District - Texas Eastern | 4:12cv80 | Gemini Ip, Llc V. Consona Corporation | Gemini IP Llc |
| 83 | U.S. District - Texas Eastern | 4:12cv81 | Gemini Ip, Llc V. Kaseya International Limited Et Al | Gemini IP Llc |
| 84 | U.S. District - Wisconsin Western | 3:07cv205 | Gemini IP Technologies, LLC v. Hewlett-Packard Company | Gemini IP Technologies Llc |
| 85 | U.S. District - Wisconsin Western | 1:07cv205 | Gemini IP Technologies, LLC v. Hewlett-Packard Company | Gemini IP Technologies Llc |
| 86 | U.S. District - California Northern | 3:07cv3797 | Gemini IP Technologies, LLC v. Hewlett-Packard Company et al | Gemini IP Technologies Llc |
| 87 | U.S. District - California Northern | 5:07cv3797 | Gemini IP Technologies, LLC v. Hewlett-Packard Company et al | Gemini IP Technologies Llc |
| 88 | U.S. District - Delaware | 1:11cv837 | Interad Technologies Llc V. Atlantic Broadband Finance, Llc Et Al | Interad  Technologies Llc |
| 89 | U.S. District - New York Southern | 1:11cv3723 | IP Power Holdings Limited v. Idea Nuova, Inc et al | Ip  Power Holdings Limited |
| 90 | U.S. District - California Central | 8:11cv1234 | IP Power Holdings Limited v. Bam Brokerage Inc et al | Ip  Power Holdings Limited A British Virgin Islands Cor |
| 91 | U.S. District - Texas Eastern | 6:07cv138 | Clear With Computers v. Recreational Equipment, Inc et al | Orion  IP Llc |
| 92 | U.S. District - Texas Eastern | 6:05cv322 | Orion Ip Llc V. Mercedes-Benz Usa Llc Et Al | Orion  IP Llc |
| 93 | U.S. District - Texas Eastern | 6:07cv370 | Orion IP, LLC v. Chrysler Holding, LLC et al | Orion  IP Llc |
| 94 | U.S. District - Texas Eastern | 6:07cv106 | Orion IP, LLC v. Costco Wholesale Corporation et al | Orion  IP Llc |
| 95 | U.S. District - Texas Eastern | 6:07cv179 | Orion IP, LLC v. Delta Machinery Company et al | Orion  IP Llc |
| 96 | U.S. District - Texas Eastern | 2:04cv449 | Orion IP, LLC v. Edelbrock Corporation | Orion  IP Llc |
| 97 | U.S. District - Texas Eastern | 2:04cv313 | Orion IP, LLC v. Ford Motor Company et al | Orion  IP Llc |
| 98 | U.S. District - Texas Eastern | 6:07cv451 | Orion IP, LLC v. Mercedes-Benz USA, LLC | Orion  IP Llc |
| 99 | U.S. District - Texas Eastern | 6:06cv426 | Orion IP, LLC v. Mitsubishi Corporation et al | Orion  IP Llc |
| 100 | U.S. District - Texas Eastern | 2:06cv102 | Orion IP, LLC v. Nike, Inc, et al | Orion  IP Llc |
| 101 | U.S. District - Texas Eastern | 6:06cv323 | Orion IP, LLC v. Nike, Inc, et al | Orion  IP Llc |
| 102 | U.S. District - Minnesota | 0:04cv1215 | Orion Ip, Llc V. Rightnow Technologies, Inc | Orion  IP Llc |

| 103 | U.S. District - Texas Eastern | 6:06cv283 | Orion IP, LLC v. Rolls-Royce PLC | Orion  IP Llc |
| 104 | U.S. District - Texas Eastern | 6:07cv296 | Orion IP, LLC v. Snap-on Incorporated et al | Orion  IP Llc |
| 105 | U.S. District - Texas Eastern | 2:04cv297 | Orion IP, LLC v. Staples, Inc | Orion  IP Llc |
| 106 | U.S. District - Texas Eastern | 6:07cv286 | Orion IP, LLC v. Thule AB et al | Orion  IP Llc |
| 107 | U.S. District - Texas Eastern | 6:06cv364 | Orion IP, LLC v. Yokohama Tire Corporation et al | Orion  IP Llc |
| 108 | U.S. District - Texas Eastern | 2:04cv418 | Orion IP, LLC v. Hitachi Koki USA Ltd et al | Orion  IP Llc A Delaware Limited Liability Corp |
| 109 | U.S. District - Texas Eastern | 2:05cv306 | Orion IP, LLC v. Home Depot USA, Inc et al | Orion  IP Llc A Delaware Limited Liability Corporation |
| 110 | U.S. District - Texas Eastern | 2:06cv109 | Orion IP, LLC v. Samsung Electronics America, Inc, et al | Orion  IP Llc A Texas Limited Liabiltlity Company |
| 111 | U.S. District - Texas Eastern | 6:07cv346 | St Sales Tech Holdings Llc V. Daimler Chrysler Co Llc Et Al | Orion  IP Llc Orion  IP Llc Thirdparty |
| 112 | U.S. District - Texas Eastern | 2:07cv362 | Phoenix IP, LLC v. Emerson Electric Co et al | Phoenix  IP Llc |
| 113 | U.S. District - Texas Eastern | 2:07cv110 | Phoenix IP, LLC v. Good Steward Software, LLC et al | Phoenix  IP Llc |
| 114 | U.S. District - Texas Eastern | 2:07cv363 | Phoenix IP, LLC v. Honeywell International, Inc | Phoenix  IP Llc |
| 115 | U.S. District - Texas Eastern | 2:07cv193 | Phoenix IP, LLC v. Honeywell International, Inc, et al | Phoenix  IP Llc |
| 116 | U.S. District - Texas Eastern | 2:06cv61 | Phoenix IP, LLC v. Itron, Inc | Phoenix  IP Llc |
| 117 | U.S. District - Texas Eastern | 2:07cv464 | Phoenix IP, LLC v. Schneider Electric Enginneering Services, LLC Et A | Phoenix  IP Llc |
| 118 | U.S. District - Texas Eastern | 2:07cv371 | Bright Response Llc V. Google Inc Et Al | Polaris  IP Llc |
| 119 | U.S. District - Texas Eastern | 2:07cv116 | Polaris Ip, Llc V. Art Technology Group, Inc | Polaris  IP Llc |
| 120 | U.S. District - Texas Eastern | 2:06cv103 | Polaris Ip, Llc V. Sirius Satellite Radio, Inc Et Al | Polaris  IP Llc |
| 121 | U.S. District - Texas Eastern | 2:06cv179 | Polaris Ip, Llc V. Oracle Corporation Et Al | Polaris  IP Llc A Texas Limited Liability Company |
| 122 | U.S. District - Texas Eastern | 2:11cv510 | Pt Diagnostics Llc V Hamilton Sundstrand Corporation | Pt  Diagnostics Llc |
| 123 | U.S. District - Texas Eastern | 2:11cv507 | Pt Diagnostics Llc V. United Technologies Corporation | Pt  Diagnostics Llc |
| 124 | U.S. District - Texas Eastern | 2:12cv40 | Pt Diagnostics, Llc V. Deutsche Lufthansa Ag Et Al | Pt  Diagnostics Llc |
| 125 | U.S. District - Texas Eastern | 2:10cv493 | Pt Diagnostics, Llc V. Honeywell International Inc Et Al | Pt  Diagnostics Llc |
| 126 | U.S. District - Texas Eastern | 2:12cv39 | Pt Diagnostics, Llc V. Mtu Aero Engines Holding Ag Et Al | Pt  Diagnostics Llc |
| 127 | U.S. District - Texas Eastern | 2:11cv508 | Pt Diagnostics, Llc V. Pratt & Whitney Canada Corp Et Al | Pt  Diagnostics Llc |
| 128 | U.S. District - Texas Eastern | 2:11cv509 | Pt Diagnostics, Llc V. Sikorsky Aircraft Corporation | Pt  Diagnostics Llc |
| 129 | U.S. District - Texas Eastern | 2:12cv42 | Pt Diagnostics, Llc V. The Boeing Company | Pt  Diagnostics Llc |
| 130 | U.S. District - Texas Eastern | 6:11cv392 | Remote Vehicle Technologies, Llc V. Hyundai Motor America, Inc | Remote  Vehicle  Technologies Llc |
| 131 | U.S. District - Delaware | 1:12cv470 | Semcon Tech Llc V. Freescale Semiconductor Inc | Semcon  Tech Llc |
| 132 | U.S. District - Delaware | 1:12cv529 | Semcon Tech Llc V. Fujifilm Electronic Materials Usa Inc | Semcon  Tech Llc |
| 133 | U.S. District - Delaware | 1:12cv531 | Semcon Tech Llc V. Intel Corporation | Semcon  Tech Llc |
| 134 | U.S. District - Delaware | 1:12cv530 | Semcon Tech Llc V. International Business Machines Corporation | Semcon  Tech Llc |
| 135 | U.S. District - Delaware | 1:12cv252 | Semcon Tech Llc V. Lightwire Inc | Semcon  Tech Llc |
| 136 | U.S. District - Delaware | 1:12cv532 | Semcon Tech Llc V. Micron Technology Inc | Semcon  Tech Llc |

| 137 | U.S. District - Delaware | 1:12cv251 | Semcon Tech Llc V. Qualcomm Incorporated | Semcon Tech Llc |
|---|---|---|---|---|
| 138 | U.S. District - Delaware | 1:12cv533 | Semcon Tech Llc V. Samsung Electronics Co Ltd Et Al | Semcon Tech Llc |
| 139 | U.S. District - Delaware | 1:12cv534 | Semcon Tech Llc V. Texas Instruments Incorporated | Semcon Tech Llc |
| 140 | U.S. District - Texas Eastern | 6:11cv52 | Sfa Systems Llc V. Amazon.Com, Inc, Et Al | Sfa Systems Llc |
| 141 | U.S. District - Texas Eastern | 6:09cv340 | Sfa Systems, Llc V. 1-800-Flowers.Com, Inc Et Al | Sfa Systems Llc |
| 142 | U.S. District - Texas Eastern | 6:11cv398 | Sfa Systems, Llc V. Amazon.Com, Inc, Et Al | Sfa Systems Llc |
| 143 | U.S. District - Texas Eastern | 6:11cv399 | Sfa Systems, Llc V. Barnes & Noble, Inc Et Al | Sfa Systems Llc |
| 144 | U.S. District - Texas Eastern | 6:10cv300 | Sfa Systems, Llc V. Bigmachines, Inc Et Al | Sfa Systems Llc |
| 145 | U.S. District - Texas Eastern | 6:11cv400 | SFA Systems, LLC v. Bigmachines, Inc, et al | Sfa Systems Llc |
| 146 | U.S. District - Texas Eastern | 6:10cv523 | SFA Systems, LLC v. Blockbuster Inc | Sfa Systems Llc |
| 147 | U.S. District - Texas Eastern | 6:11cv635 | Sfa Systems, Llc V. Drugstore.Com, Inc | Sfa Systems Llc |
| 148 | U.S. District - Texas Eastern | 6:07cv67 | SFA Systems, LLC v. Infor Global Solutions | Sfa Systems Llc |
| 149 | U.S. District - Texas Eastern | 6:08cv142 | SFA Systems, LLC v. Netsuite, Inc et al | Sfa Systems Llc |
| 150 | U.S. District - Texas Eastern | 6:11cv560 | Sfa Systems, Llc V. Rightnow Technologies, Inc | Sfa Systems Llc |
| 151 | U.S. District - Texas Eastern | 6:09cv310 | SFA Systems, LLC v. Infor Global Solutions (Chicago), Inc Et A | Sfa Systems Llc A Texas Limited Liability Company |
| 152 | U.S. District - Delaware | 1:12cv134 | Smart Audio Technologies Llc V. Apple Inc | Smart Audio Technologies Llc |
| 153 | U.S. District - Delaware | 1:12cv135 | Smart Audio Technologies Llc V. Creative Technology Ltd Et Al | Smart Audio Technologies Llc |
| 154 | U.S. District - Delaware | 1:12cv221 | Smart Audio Technologies Llc V. Htc Corporation Et Al | Smart Audio Technologies Llc |
| 155 | U.S. District - Delaware | 1:12cv136 | Smart Audio Technologies Llc V. Koninklijke Philips Electronics Nv Et Al | Smart Audio Technologies Llc |
| 156 | U.S. District - Delaware | 1:12cv222 | Smart Audio Technologies Llc V. Lg Electronics Inc Et Al | Smart Audio Technologies Llc |
| 157 | U.S. District - Delaware | 1:12cv572 | Smart Audio Technologies Llc V. Samsung Electronics Co Ltd Et Al | Smart Audio Technologies Llc |
| 158 | U.S. District - Wisconsin Western | 3:07cv481 | Taurus Ip, Llc V. Ford Motor Company | Taurus IP Llc |
| 159 | U.S. District - Wisconsin Western | 1:07cv481 | Taurus IP, LLC v. Ford Motor Company | Taurus IP Llc |
| 160 | U.S. District - Wisconsin Western | 3:07cv477 | Taurus Ip, Llc V. Hyundai Motor America | Taurus IP Llc |
| 161 | U.S. District - Wisconsin Western | 1:07cv477 | Taurus IP, LLC v. Hyundai Motor America | Taurus IP Llc |
| 162 | U.S. District - Wisconsin Western | 1:07cv158 | Taurus IP, LLC v. Toyota Motor North America, Inc | Taurus IP Llc |
| 163 | U.S. District - Texas Eastern | 2:12cv70 | Tqp Development Llc V. Tcf Financial Corporation | Tqp Development Llc |
| 164 | U.S. District - Texas Eastern | 2:09cv404 | Tqp Development Llc Vs Metropolitan Life Insurance Co | Tqp Development Llc |
| 165 | U.S. District - Texas Eastern | 2:11cv248 | Tqp Development Llc Vs V. 1-800-Flowers.Com Inc Et Al | Tqp Development Llc |
| 166 | U.S. District - Texas Eastern | 2:11cv397 | Tqp Development, Llc V. Aflac Incorporated Et Al | Tqp Development Llc |
| 167 | U.S. District - Texas Eastern | 2:11cv398 | Tqp Development, Llc V. Alaska Air Group, Inc Et Al | Tqp Development Llc |
| 168 | U.S. District - Texas Eastern | 2:11cv249 | Tqp Development, Llc V. Allianz Life Insurance Company Of North America Et Al | Tqp Development Llc |
| 169 | U.S. District - Texas Eastern | 2:10cv85 | Tqp Development, Llc V. Bank Of New York Mellon Corporation Et Al | Tqp Development Llc |
| 170 | U.S. District - Texas Eastern | 2:09cv88 | Tqp Development, Llc V. Barclays Plc Et Al | Tqp Development Llc |

| 171 | U.S. District - Texas Eastern | 2:12cv194 | Tqp Development, Llc V. Big Fish Games, Inc | Tqp Development Llc |
|-----|-------------------------------|-----------|---------------------------------------------|---------------------|
| 172 | U.S. District - Texas Eastern | 2:12cv55 | Tqp Development, Llc V. Branch Banking And Trust Company | Tqp Development Llc |
| 173 | U.S. District - Texas Eastern | 2:12cv53 | Tqp Development, Llc V. British Airways, Plc | Tqp Development Llc |
| 174 | U.S. District - Texas Eastern | 2:12cv176 | Tqp Development, Llc V. Cable One, Inc | Tqp Development Llc |
| 175 | U.S. District - Texas Eastern | 2:12cv258 | Tqp Development, Llc V. Catalyst Corporate Federal Credit Union Et Al | Tqp Development Llc |
| 176 | U.S. District - Texas Eastern | 2:11cv396 | Tqp Development, Llc V. Caterpillar Inc Et Al | Tqp Development Llc |
| 177 | U.S. District - Texas Eastern | 2:12cv198 | Tqp Development, Llc V. Consumer Cellular, Inc | Tqp Development Llc |
| 178 | U.S. District - Texas Eastern | 2:09cv369 | Tqp Development, Llc V. Cvs Pharmacy, Inc | Tqp Development Llc |
| 179 | U.S. District - Texas Eastern | 2:10cv446 | Tqp Development, Llc V. Dell Inc Et Al | Tqp Development Llc |
| 180 | U.S. District - Texas Eastern | 2:11cv399 | Tqp Development, Llc V. Directv, Inc Et Al | Tqp Development Llc |
| 181 | U.S. District - Texas Eastern | 2:12cv179 | Tqp Development, Llc V. Dish Network Llc | Tqp Development Llc |
| 182 | U.S. District - Texas Eastern | 2:12cv189 | Tqp Development, Llc V. Earthlink, Inc | Tqp Development Llc |
| 183 | U.S. District - Texas Eastern | 2:12cv181 | Tqp Development, Llc V. Enterprise Holdings, Inc | Tqp Development Llc |
| 184 | U.S. District - Texas Eastern | 2:12cv56 | Tqp Development, Llc V. Esurance Insurance Services, Inc | Tqp Development Llc |
| 185 | U.S. District - Texas Eastern | 2:12cv262 | Tqp Development, Llc V. Federal Express Corporation | Tqp Development Llc |
| 186 | U.S. District - Texas Eastern | 2:12cv63 | Tqp Development, Llc V. First National Bank Of Omaha | Tqp Development Llc |
| 187 | U.S. District - Texas Eastern | 2:12cv199 | Tqp Development, Llc V. Fiserv, Inc | Tqp Development Llc |
| 188 | U.S. District - Texas Eastern | 2:12cv193 | Tqp Development, Llc V. Freshdirect, Inc | Tqp Development Llc |
| 189 | U.S. District - Texas Eastern | 2:12cv192 | Tqp Development, Llc V. Google Inc | Tqp Development Llc |
| 190 | U.S. District - Texas Eastern | 2:12cv57 | Tqp Development, Llc V. Green Dot, Corp | Tqp Development Llc |
| 191 | U.S. District - Texas Eastern | 2:12cv200 | Tqp Development, Llc V. Homeaway, Inc Et Al | Tqp Development Llc |
| 192 | U.S. District - Texas Eastern | 2:12cv203 | Tqp Development, Llc V. Ian.Com, Lp Et Al | Tqp Development Llc |
| 193 | U.S. District - Texas Eastern | 2:12cv187 | Tqp Development, Llc V. Indeed, Inc | Tqp Development Llc |
| 194 | U.S. District - Texas Eastern | 2:12cv180 | Tqp Development, Llc V. Intuit Inc | Tqp Development Llc |
| 195 | U.S. District - Texas Eastern | 2:12cv190 | Tqp Development, Llc V. Kemma Technology, Inc | Tqp Development Llc |
| 196 | U.S. District - Texas Eastern | 2:12cv58 | Tqp Development, Llc V. Keycorp | Tqp Development Llc |
| 197 | U.S. District - Texas Eastern | 2:12cv191 | Tqp Development, Llc V. Linkedin Corporation | Tqp Development Llc |
| 198 | U.S. District - Texas Eastern | 2:12cv59 | Tqp Development, Llc V. Mcafee, Inc | Tqp Development Llc |
| 199 | U.S. District - Texas Eastern | 2:08cv471 | Tqp Development, Llc V. Merrill Lynch & Co, Inc Et Al | Tqp Development Llc |
| 200 | U.S. District - Texas Eastern | 2:12cv64 | Tqp Development, Llc V. Moneygram International, Inc | Tqp Development Llc |
| 201 | U.S. District - Texas Eastern | 2:12cv186 | Tqp Development, Llc V. Monster Worldwide, Inc | Tqp Development Llc |
| 202 | U.S. District - Texas Eastern | 2:12cv65 | Tqp Development, Llc V. Netspend Corporation | Tqp Development Llc |
| 203 | U.S. District - Texas Eastern | 2:12cv66 | Tqp Development, Llc V. Optionshouse, Llc | Tqp Development Llc |
| 204 | U.S. District - Texas Eastern | 2:12cv69 | Tqp Development, Llc V. Pentagon Federal Credit Union | Tqp Development Llc |

| 205 | U.S. District - Texas Eastern | 2:12cv54 | Tqp Development, Llc V. Priceline.Com, Inc | Tqp Development Llc |
|---|---|---|---|---|
| 206 | U.S. District - Texas Eastern | 2:12cv188 | Tqp Development, Llc V. Salesforce.Com, Inc | Tqp Development Llc |
| 207 | U.S. District - Texas Eastern | 2:12cv72 | Tqp Development, Llc V. Security Service Federal Credit Union | Tqp Development Llc |
| 208 | U.S. District - Texas Eastern | 2:12cv201 | Tqp Development, Llc V. Skype Inc | Tqp Development Llc |
| 209 | U.S. District - Texas Eastern | 2:12cv195 | Tqp Development, Llc V. Sony Computer Entertainment America Llc | Tqp Development Llc |
| 210 | U.S. District - Texas Eastern | 2:12cv60 | Tqp Development, Llc V. Svb Financial Group | Tqp Development Llc |
| 211 | U.S. District - Texas Eastern | 2:09cv279 | Tqp Development, Llc V. Ticketmaster Entertainment, Inc Et Al | Tqp Development Llc |
| 212 | U.S. District - Texas Eastern | 2:12cv182 | Tqp Development, Llc V. Travelocity.Com Lp | Tqp Development Llc |
| 213 | U.S. District - Texas Eastern | 2:12cv196 | Tqp Development, Llc V. Virgin Mobile Usa, Lp | Tqp Development Llc |
| 214 | U.S. District - Texas Eastern | 2:12cv61 | Tqp Development, Llc V. Wells Fargo & Company | Tqp Development Llc |
| 215 | U.S. District - Texas Eastern | 2:12cv71 | Tqp Development, Llc V. York Securites, Inc | Tqp Development Llc |
| 216 | U.S. District - Texas Eastern | 2:11cv181 | Ts Media Tech Ip, Llc V. Associated Equipment Corporation Et A | Ts  Media  Tech IP Llc |
| 217 | U.S. District - Texas Eastern | 2:11cv20 | TS Media Tech, LLC v. Associated Equipment Corporation et al | Ts  Media  Tech Llc |